PROB 12C
(6/16)

Report Date: November 19, 2025

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 19, 2025**

SEAN F. McAVOY, CLERK

### for the

### Eastern District of Washington

ECF No. 86

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Thomas Shelton          Case Number: 0980 2:22CR00118-RLP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: November 12, 2024

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§  922(g)(1), 924(a)(2)

Original Sentence:         Prison - 41 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Lisa Cristine Cartier-Giroux          Date Supervision Commenced: October 29, 2025

Defense Attorney:          Federal Defenders Office          Date Supervision Expires: October 28, 2028

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 14, 2025.

On October 30, 2025, Mr. Shelton's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer as instructed on November 17, 2025. |
| | On November 14, 2025, the probation officer instructed Mr. Shelton to report to the U.S. Probation Office on November 17, 2025.  He failed to report as directed. |
| 8 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Prob12C**
**Re: Shelton, Jeremy Thomas**
**November 19, 2025**
**Page 2**

9      **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: The offender is alleged to have violated standard condition numbers 8 and 9, by failing to reside at a residence approved by the probation officer, and failing to contact the probation officer as directed on November 14, 2025.

On November 14, 2025, Mr. Shelton informed the undersigned that he was staying at a residence that had not been approved by this officer. As such, he was directed to go to the Union Gospel Mission (UGM) on that same date, as he had no other approved residence. He was also informed that he may be prohibited from residing at the UGM based on his recent drug use, so he was provided the names of two additional homeless shelters that he was directed to reside at in the event he was not accepted at the UGM. He was thereafter instructed to contact the probation officer on November 14, 2025, by 7 p.m. to advise what shelter he was residing at if he was not allowed to stay at the UGM facility.

This officer confirmed that Mr. Shelton never checked into the UGM on November 14, 2025, and he failed to contact the probation officer on November 14, 2025, as directed to advise of his whereabouts. As of this writing, the probation officer is unaware of where the offender has been residing since November 14, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 19, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS
[   ]     The Issuance of a Warrant
[   ]     The Issuance of a Summons
[ x ]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the Court.
[   ]     Defendant to appear before the Judge assigned to the case.
[ x ]     Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

November 19, 2025

Date