PROB 12C
(6/16)

Report Date: November 14, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

ECF No. 82

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy Thomas Shelton | Case Number: 0980 2:22CR00118-RLP-1 |
| Address of Offender: ███████████ | Spokane, WA 99202 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Assigned Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: November 12, 2024

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Lisa Cristine Cartier-Giroux | Date Supervision Commenced: | October 29, 2025 |
| Defense Attorney: | Bryan P. Whitaker | Date Supervision Expires: | October 28, 2028 |

### PETITIONING THE COURT

To issue a warrant.

On October 30, 2025, Mr. Shelton's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to contact Pioneer Human Services (PHS) on November 6, 2025, as instructed by the probation officer.<br><br>On November 6, 2025, the probation officer instructed Mr. Shelton to contact PHS to schedule assessments for substance abuse and mental health.  He failed to contact PHS on November 6, 2025, as directed. |
| 2 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Shelton, Jeremy Thomas**
**November 14, 2025**
Page 2

**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, methamphetamine, on or about November 8 and 10, 2025.

On November 14, 2025, Mr. Shelton reported to the U.S. Probation Office for a scheduled appointment. When questioned about substance use, he admitted to ingesting methamphetamine on November 8 and 10, 2025.

3   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by failing to report to the U.S. Probation Office for urinalysis testing on or about November 10, 2025.

On November 10, 2025, the probation officer contacted the offender via telephone and instructed him to report to the U.S. Probation Office for urinalysis testing on that same date. Mr. Shelton failed to report for urinalysis testing as directed.

4   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer as instructed on or about November 12, 2025.

On November 10, 2025, the offender was instructed to report to the U.S. Probation Office for a scheduled appointment on November 12, 2025. Mr. Shelton failed to report as directed.

5   **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you are living with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of that change.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 5, by failing to reside at a residence approved by the probation officer.

On November 8, 2025, the probation officer was notified that the offender's placement at the residential reentry center (RRC) had been terminated because the offender was transported to a local hospital due to an apparent mental health crisis.

On November 10, 2025, this officer contacted the offender who advised he was residing at a friend's house, which was not approved by the probation officer. It should be noted, Mr. Shelton requested to reside at this individual's home when he was released from custody. However, this residence was denied because the home had not been investigated and it was

Prob12C
**Re: Shelton, Jeremy Thomas**
**November 14, 2025**
Page 3

      revealed that an adult that lives there is currently on supervision with the Washington State Department of Corrections. Further, the probation officer did not have any information about the other occupants in the home.

6      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence:** The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, methamphetamine, on or about November 13, 2025.

      On November 14, 2025, Mr. Shelton submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine. At that time, he signed an admission form acknowledging use of said substance on or about November 13, 2025.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 14, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 14, 2025
Date