PROB 12C
(6/16)

Report Date: February 11, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 17, 2026**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Thomas Shelton            Case Number: 0980 2:22CR00118-RLP-1

Address of Offender: ▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: November 12, 2024

Original Offense:          Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:         Prison - 41 months            Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Lisa Cristine Cartier-Giroux       Date Supervision Commenced: October 29, 2025

Defense Attorney:          John Stephen Roberts, Jr.          Date Supervision Expires: October 28, 2028

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 14 and 19, 2025.

On October 30, 2025, Mr. Shelton's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition #6:** You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 6, by failing to be present for a scheduled home inspection on February 10, 2026.

On January 28, 2026, the probation officer instructed the offender to be present at his residence for a home inspection on February 10, 2026, at 6 a.m.

On February 10, 2026, the probation officer attempted to contact the offender at his residence for the scheduled home contact; however, he was not present.

**Prob12C**
**Re: Shelton, Jeremy Thomas**
**February 11, 2026**
**Page 2**

**Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on February 10, 2026, as instructed.

On February 10, 2026, the probation officer left a voicemail and text message for the offender instructing him to report to the U.S. Probation Office at 12 p.m. on that same date.

The offender failed to report to the U.S. Probation Office on February 10, 2026, as instructed.

**Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to reside at his approved residence and failing to notify the probation officer of his change in residence within 72 hours.

On February 10, 2026, the probation officer attempted to contact the offender at the clean and sober house where he had been approved to reside. His roommates informed this officer that Mr. Shelton had not been staying at the residence. They also provided the undersigned with contact information for the house president who could provide further information.

On February 11, 2026, the undersigned contacted the president of the clean and sober residence. He advised that Mr. Shelton was last seen at the home on February 7, 2026, but he failed to come home that night and has not been seen since. He also stated that Mr. Shelton was advised via text message on February 8, 2026, that his placement had been terminated.

As noted above, Mr. Shelton is not currently residing at his approved residence and he failed to contact the probation officer within 72 hours to advise of his address change.

**Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to attend scheduled substance abuse treatment sessions at Spokane Addiction Recovery Centers (SPARC) on February 3, 9 and 10, 2026. Additionally, he failed to report

Prob12C

**Re: Shelton, Jeremy Thomas**
**February 11, 2026**
**Page 3**

for a random urinalysis test on February 10, 2026, which is a requirement of his treatment program.

The offender's treatment counselor advised the undersigned that Mr. Shelton failed to report for scheduled treatment sessions on February 3, 9, and 10, 2026. Further, he failed to report to their facility for a random urinalysis test on February 10, 2026.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 11, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ x ]    The Issuance of a Summons
[×]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ x ]    Defendant to appear before the Magistrate Judge.
[ x ]    Other: **The Arrest Warrant issued at ECF No. 105 is hereby QUASHED.**

Signature of Judicial Officer

February 17, 2026

Date