PROB 12C
(6/16)

Report Date:  March 30, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2026

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

ECF No 117

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Thomas Shelton         Case Number: 0980 2:22CR00118-RLP-1

Address of Offender: ██████████████████████████, Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: November 12, 2024

Original Offense:         Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:        Prison - 41 months            Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Lisa Cristine Cartier-Giroux    Date Supervision Commenced: October 29, 2025

Defense Attorney:         John Stephen Roberts, Jr.       Date Supervision Expires: October 28, 2028

---

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in the future proceedings with the violation(s) previously reported to the Court on November 14, November 19, 2025, and February 11, 2026.

On October 30, 2025, Mr. Shelton's conditions of supervised release were explained by the probation officer and he signed his conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 14 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to contact the probation officer as instructed on March 23, 2026.

On March 17, 2026, the probation officer instructed the offender to contact the undersigned via telephone every Monday for a weekly check-in.

On March 23, 2026, the offender failed to contact the probation officer via telephone, as instructed.

Prob12C

**Re: Shelton, Jeremy Thomas**
**March 30, 2026**
**Page 2**

15      **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have committed the offense of Driving While License Suspended First Degree, in violation of R.C.W. 46.20.342, on or about March 29, 2026.

On March 29, 2026, Mr. Shelton was arrested by the Spokane County Sheriff's Office for the above-referenced offense. On March 30, 2026, he is scheduled to appear for his arraignment in Spokane County District Court, case number 6A0181000.

According to Spokane County sheriff incident report number 2026-10041171, on or about March 29, 2026, Mr. Shelton was driving a vehicle that was stopped by law enforcement. During the traffic stop, the deputy ran his name and discovered his driver's license was suspended. Subsequently, Mr. Shelton was arrested for driving while license suspended first degree and he was booked into the Spokane County Jail. He was also cited for operating a motor vehicle without insurance and failing to renew the vehicle registration.

It should be noted, deputies observed drug paraphernalia in the driver's side door panel. The vehicle was thereafter impounded and an application for a search warrant was submitted to search the vehicle for drugs.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     March 30, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS
[x]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

March 30, 2026

Date